March 21, 1980.

427 A.2d 1196

Commonwealth v. Barr, Appellant.

Argued September 12, 1979. James R. Caiola, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Affirmed.

427 A.2d 1197

Commonwealth v. Brown, C., Appellant.

Submitted March 23, 1979. Dennis J. Cogan, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.